IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**INTER-STATE HARDWOODS COMPANY, INC.**
a West Virginia Corporation,

    **Plaintiff,**

v.                          CIVIL ACTION NO. 2:98CV14
                               (Judge Keeley)

**THE HARTFORD STEAM BOILER**
**INSPECTION AND INSURANCE COMPANY,**
an insurance company authorized
to do business in the State of
West Virginia,

    **Defendant.**

## ORDER SCHEDULING HEARING

The Court will conduct a scheduling conference on **January 29, 2008 at 4:00 p.m.** at the **Clarksburg, West Virginia** point of holding court. Counsel may appear by telephone. The Court directs lead counsel for plaintiff to initiate the conference call to **304-624-5850.** Counsel for defendant shall notify counsel for plaintiff of the number where they may be reached for the call by 3:00 p.m. January 28, 2008.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: January 17, 2008.

                                      /s/ Irene M. Keeley
                                      IRENE M. KEELEY
                                      UNITED STATES DISTRICT JUDGE