IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**INTER-STATE HARDWOODS COMPANY, INC.**
a West Virginia Corporation,

    Plaintiff,

v.                          CIVIL ACTION NO. 2:98CV14
                                    (Judge Keeley)

**THE HARTFORD STEAM BOILER
INSPECTION AND INSURANCE COMPANY,**
an insurance company authorized
to do business in the State of
West Virginia,

    Defendant.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **January 29, 2008 at 4:00 p.m.**, is **RESCHEDULED** for **January 29, 2008 at 12:45 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: January 29, 2008.

                                           /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE