FILED

MAR 6 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Inter-State Hardwoods Company, Inc.

**Plaintiff(s),**

v.  Civil NO: 2:98CV14

The Hartford Steam Boiler Inspection
and Insurance Company
**Defendant(s).**

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Anna Dumais, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *March 5, 2008*

_____
Irene M. Keeley
United States District Judge